**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 12-01290 VAP (OPx)                             Date:  November 6, 2012

Title:   IMAD MUHAREB -v- LOWE'S HIW, INC., A WASHINGTON CORPORATION; AND DOES 1 - 10, INCLUSIVE
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   ORDER TO SHOW CAUSE WHY PLAINTIFF'S CASE SHOULD NOT BE DISMISSED AND SANCTIONS SHOULD NOT ISSUE FOR PLAINTIFF'S FAILURE TO APPEAR (IN CHAMBERS)

     By Order of August 15, 2012, the Court set a Scheduling Conference in this matter for 2:00 PM on November 5, 2012.  In violation of Local Rule 16-13, Plaintiff's counsel failed to attend the conference.

     Plaintiff's counsel is therefore ORDERED to show cause in writing why this action should not be dismissed for failure to prosecute, and why further sanctions

**EDCV 12-01290 VAP (OPx)**
**IMAD MUHAREB v. LOWE'S HIW, INC., A WASHINGTON CORPORATION; AND DOES 1 - 10, INCLUSIVE**
**MINUTE ORDER of November 6, 2012**

should not issue for Defendant's costs in attending the conference.  Counsel shall file his response no later than November 13, 2012.

   **IT IS SO ORDERED.**